

**Dove A.E. Burns**
Direct Dial: 917-994-2550
Dove.burns@obermayer.com
www.obermayer.com

**Obermayer Rebmann Maxwell & Hippel LLP**
60 E. 42nd Street | 40th Floor
New York, NY 10165

September 16, 2024

*FILED ELECTRONICALLY VIA ECF*

Honorable Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   Emma Parkinson v. Nowsta, Inc., et al
>        Docket No.: 1:24-cv-04844-CBA-LKE

Dear Magistrate Judge Eshkenazi:

The undersigned represents the Defendants in the above-referenced action.

Defendants waived service and thus their responses to the Complaint are due by September 20, 2024. Defendants hereby move this Court to extend the time to respond to the Complaint by thirty (30) days, through October 21, 2024. The undersigned was only recently retained and additional time is needed to investigate the allegations and prepare a response.

This is Defendants' first motion to extend this deadline.

Plaintiff's counsel consents to this extension.

Accordingly, Defendants respectfully move that the time to respond to the Complaint be extended to October 21, 2024.

Respectfully submitted,

*/s/  Dove A.E. Burns*
Dove A.E. Burns

4860-9896-8293